**UNITED STATES of America,
Plaintiff–Appellee**

v.

**Vincente PALACIOS–PASCACIO,
Defendant–Appellant.**

**No. 13–41355
Summary Calendar.**

United States Court of Appeals,
Fifth Circuit.

July 16, 2015.

Lauretta Drake Bahry, Assistant U.S. Attorney, Renata Ann Gowie, Assistant U.S. Attorney, U.S. Attorney's Office, Houston, TX, for Plaintiff–Appellee.

Marjorie A. Meyers, Federal Public Defender, Michael Lance Herman, Assistant Federal Public Defender, Laura Fletcher Leavitt, Assistant Federal Public Defender, Federal Public Defender's Office, Houston, TX, for Defendant–Appellant.

Before KING, JOLLY, and HAYNES, Circuit Judges.

PER CURIAM: *

Vincente Palacios–Pascacio (Palacios) appeals the 46–month sentence imposed following his guilty-plea conviction for illegal reentry. He challenges the district court's 16–level enhancement to his offense level under U.S.S.G. § 2L1.2(b)(1)(A)(i) for his 2010 Georgia conviction for possession with the intent to distribute a controlled substance in light of *Moncrieffe v. Holder,* —— U.S. ——, 133 S.Ct. 1678, 185 L.Ed.2d 727 (2013). This argument is now foreclosed by our recent decision in *United States v. Martinez–Lugo,* 782 F.3d 198, 205 (5th Cir.2015).

AFFIRMED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.